# First District Court of Appeal
## State of Florida

_____

No. 1D2025-3310

_____

MICHEAL DEVON MILLER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

July 8, 2026

PER CURIAM.

DISMISSED. *See Moultrie v. State,* 310 So. 3d 533 (Fla. 1st DCA 2021).

LEWIS, ROWE, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Micheal Devon Miller, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.